## STATE OF CONNECTICUT *v.* WILLIE MILLEDGE, JR.
### (4468)

DUPONT, C. J., BORDEN and SPALLONE, Js.

Argued December 5—decision released December 16, 1986

*Jon C. Blue,* assistant public defender, with whom, on the brief, was *Joette Katz,* public defender for the appellant (defendant).

*Thomas M. Stephens,* special assistant state's attorney, for the appellee (state).

PER CURIAM. The evidentiary issue raised on appeal bears no similarity to the evidentiary issue as it was presented to the trial court. We, therefore, decline to review the issue.

There is no error.